Criminal Complaint

# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

VICTOR SOSA, a/k/a
    Victorino,
ALEX PEREZ, a/k/a
    Ariel Lugo-Torres, and
DIEGO ORTIZ

**CRIMINAL COMPLAINT**
Mag. No. 04-1651-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **and between February 8 and February 13, 2004**, in **Suffolk and Middlesex** Counties, in the District of **Massachusetts**

defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly, and intentionally conspire to distribute, and possess with intent to distribute, five kilograms of cocaine, a Schedule II controlled substance,

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 846**.

I further state that I am a(n) **DEA Task Force Agent** and that this complaint is based on the following facts:
    Official Title

See Affidavit of DEA Task Force Agent Christopher Borum attached hereto and made a part hereof.

Continued on the attached sheet and made a part hereof:  X Yes  ☐ No

_____
Signature of Complainant
Christopher J. Borum

Sworn to before me and subscribed in my presence,

**February 14, 2004** at **Cotuit, MA**
Date                                        City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer