## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: __Charles B. Swartwood, III__

Courtroom Clerk: __Roland__

Case: USA v. __Victor Sosa, Alex Perez, Diego Ortiz__

AUSA: __McGrath__

PTSO/PO: __Cronin__

Date: __February 17, 2004__

Time In Court: __15 min__  Case Number: __04-1651-CBS__

Defense Counsel: __Byren, Cipoletta, Norris__

Recording Time: __2:58 P__ Interpreter: __Luis__

### TYPE OF HEARING

[X] **Initial Appearance**
[X]  Arrested:  [X] on warrant  [ ] on probable cause
[ ]  Defendant Sworn
[X]  Advised of Charges
[X]  Advised of Rights
[X]  Requests Appointment of Counsel
[ ]  Retained Counsel
[X]  Court Orders Counsel be Appointed
[X]  Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

### CONTINUED PROCEEDINGS

__P/C & Detention__ Hearing Date: __2/23/04__    at __10:00 am__

### REMARKS

Case called, Counsel and Defendants appear for Initial Appearance, Financial Affidavits filed, Gov't requests detention, Case continued, Defendants remanded to the custody of the US Marshal